UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Rebecca Friedner, on behalf of herself and others similarly situated in the proposed FLSA Collective Action,

                    Plaintiff,          JUDGMENT

v.                                        23-cv-02767-ENV-SJB

Pigri LLC, and Tommaso Mazzoni,

                    Defendants.
-----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 19, 2023; and defendants, Pigri LLC, and Tommaso Mazzoni, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Rebecca Friedner in the total sum of Twenty Thousand Dollars and Zero Cents ($20,000.00); it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Rebecca Friedner and against defendants, Pigri LLC, and Tommaso Mazzoni, Friedner in the total sum of Twenty Thousand Dollars and Zero Cents ($20,000.00) payable as follows: 1. A payment in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00) payable via certified check, within ten (10) days after the entry of a final judgment.

Dated: Brooklyn, New York                                Brenna B. Mahoney
       June 22, 2023                                          Clerk of Court

                                                            By:    */s/Jalitza Poveda*
                                                                     Deputy Clerk